# EXHIBIT A

# CT Corporation

**Service of Process Transmittal**
06/20/2016
CT Log Number 529368360

TO: Allyson Taketa, Paralegal - Litigation
Mattel, Inc.
333 Continental Blvd., M1-1518
El Segundo, CA 90245

RE: **Process Served in Tennessee**

FOR: FISHER-PRICE, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | ▮▮▮▮, etc., Pltf. vs. FISHER-PRICE, INC., Dft. |
| DOCUMENT(S) SERVED: | Warrant, Notice, Attachment(s) |
| COURT/AGENCY: | Davidson County General Sessions Court, TN<br>Case # 16GC10322 |
| NATURE OF ACTION: | Product Liability Litigation - Manufacturing Defect - Rock N pay Sleeper |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Knoxville, TN |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 06/20/2016 postmarked: "Not Post Marked" |
| JURISDICTION SERVED: | Tennessee |
| APPEARANCE OR ANSWER DUE: | 8/5/2016 at 8:45 a.m. |
| ATTORNEY(S) / SENDER(S): | ▮▮▮▮<br>4509 Cloudy Day Court<br>Wake Forest, NC 27587<br>615-244-0749 |
| ACTION ITEMS: | Telephone, Sally Kelsey, 310-252-3682<br><br>SOP Papers with Transmittal, via Fed Ex 2 Day, 783413425262<br><br>Image SOP<br><br>Email Notification, Lee Papageorge Lee.Papageorge@Mattel.com<br><br>Email Notification, Melinda Mehringer Melinda.Mehringer@mattel.com<br><br>Email Notification, Allyson Taketa Allyson.taketa@mattel.com<br><br>Email Notification, Sally Kelsey Sally.Kelsey@mattel.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>800 S. Gay Street<br>Suite 2021<br>Knoxville, TN 37929-9710 |
| TELEPHONE: | 216-802-2121 |

Page 1 of 1 / MZ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

From: Attorney David M. Rich
HDR, PLLC
20 Music Circle East
Nashville, TN 37203

RETURN RECEIPT REQUESTED



CERTIFIED MAIL®

7015 1520 0002 5408 3405

U.S. POSTAGE PAID
NASHVILLE, TN
37205
JUN 27 18
AMOUNT
$6.47
R2304E104800-08

To: Fisher Price, Inc.
C/o Agent: CT Corporation System
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

ReadyPost®
Document Mailer

# STATE OF TENNESSEE, COUNTY OF DAVIDSON

Def Copy

FILED
2016 JUN 13 PM 2:08
RICHARD R. ROOKER, CLERK

**To Any Lawful Officer to Execute and Return:**

Summon **FISHER-PRICE, INC.**

to appear before the Metropolitan General Sessions Court of Davidson County, Tennessee, to be held in Courtroom 5D, Justice A. A. Birch Building, 408 Second Avenue North, Nashville, Tennessee, **AUGUST 5, 2016**

on ▮▮▮▮▮▮▮▮ at 8:45 a.m., then and there to answer in

a civil action brought by the Plaintiff(s) for:

strict liability; negligence liability; misrepresentation; breach of express and implied warranties for Defendant's defective product: "Rock 'N Play Sleeper" An infant cradling device that could not be safely used in the manner & for the purpose it was made, and which caused an unreasonable risk of harm. Plaintiff an infant minor, sustained permanent Plagiocephaly, an acute re-shaping of his head requiring painful cranial remolding orthoisis (cranial pressure helmet) in an attempt to correct the damage caused by using Defendant's product in the appropriate and prescribed manner. under $ **25,000.00** Dollars

**JUDGMENT**

Judgment for _____

against _____ for

$ _____ Dollars and cost of suit for

which execution may issue. Entered: _____, 20___

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309.

_____ Judge, Division _____, Metropolitan General Sessions Court

---

**COURTROOM 5D**

No. **16GC10322**

☐ Alias
☐ Amended
☐ Counter-Claim

▮▮▮▮▮, A MINOR
**Plaintiff(s)**

**4509 Cloudy Day Court, Wake Forest, NC 27587**
Address

**(615) 244-0749 (Contact via undersigned counsel)**
Telephone

vs.

**Fisher-Price, Inc.**
Defendant

**C/O AGENT: C T Corporation System**
Address

**800 S. Gay Street, Suite 2021**

**Knoxville, TN 37929-9710**
Defendant

Address ~~PRIVATE PROCESS~~

## CIVIL WARRANT
Metropolitan General Sessions Court

Issued **6·13**, 20**16**

RICHARD R. ROOKER, Clerk

By: _____ Deputy Clerk

Day of week _____

Set for 8:45 A.M. on _____, 20___
Courtroom 5D,
Justice A. A. Birch Building
408 Second Avenue North
P.O. Box 196304
Nashville, Tennessee 37219-6304

Reset for: _____

Came to hand same day issued and executed as commanded on:
_____
_____

Served: _____, 20___
_____
Sheriff/Process Server

**David M. Rich of HDR, PLLC** _____ Attorney for Plaintiff
**(615) 244-0749** _____ Telephone
_____ Attorney for Defendant

## NOTICE

**TO THE DEFENDANT(S):**

Failure to appear and answer this Summons will result in judgment by default being rendered against you for the relief requested. Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. This list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items include items of necessary wearing apparel (clothing) for yourself and your family and trunks and other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer.

**AFFIDAVIT**

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is/is not a member of a military service.

_____
Plaintiff or Attorney for Plaintiff

_____  My Commission Expires _____
Notary Public

## ORDER

_____
_____
_____
_____

Entered:_____20____  _____
Judge, Division _____, Metropolitan General Sessions Court

## ORDER

_____
_____
_____
_____

Entered:_____20____  _____
Judge, Division _____, Metropolitan General Sessions Court

## ORDER

_____
_____
_____
_____

Entered:_____20____  _____
Judge, Division _____, Metropolitan General Sessions Court

**Patient:** ▓▓▓▓▓  **DOB:** ▓▓▓▓▓012  **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 02/16/2014   **Encounter Date:** 02/14/2014
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 272.00   **Payments/Adjustments:** $ 272.00   **Balance:** $ 0.00
**Claim Number:** 282088   **Filing Status:** Patient

### ICD Codes:

V20.2 Routine visit, over 28 days old, infant/child, 18 mo.

382.9 Bilateral otitis media.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99392 Preventive Care Est. Pt. Age 1-4 | 25 | 02/14/2014 | 02/14/2014 | 11-OFFICE | 1 -Medical | $110.00 | 1.00 | $110.00 |
| 96110 DEVELOPMENTAL TEST, LIMITED | | 02/14/2014 | 02/14/2014 | 11-OFFICE | 1 -Medical | $45.00 | 2.00 | $90.00 |
| 90460 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE 1ST VAC/TOX | | 02/14/2014 | 02/14/2014 | 11-OFFICE | 1 -Medical | $28.00 | 1.00 | $28.00 |
| 90633 HepA ped/adol (Havrix) | | 02/14/2014 | 02/14/2014 | 11-OFFICE | 9 -Other Medical Service | $44.00 | 1.00 | $44.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

### Claim Data:

**Symptom Indicator:** No Symptom Date

### Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:

**Patient:** ▮▮▮▮▮▮▮▮ **DOB:** 0▮/▮▮/2012 **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 12/16/2013 **Encounter Date:** 12/12/2013
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 48.00 **Payments/Adjustments:** $ 48.00 **Balance:** $ 0.00
**Claim Number:** 262637 **Filing Status:** Patient

### ICD Codes:

V04.81 Need for prophylactic vaccination and inoculation, Influenza.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 90471 IMMUNIZATION ADMIN | | 12/12/2013 | 12/12/2013 | 11-OFFICE | 9 -Other Medical Service | $25.00 | 1.00 | $25.00 |
| 90655 .Flu vaccine, whole, IM | | 12/12/2013 | 12/12/2013 | 11-OFFICE | 9 -Other Medical Service | $23.00 | 1.00 | $23.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

### Claim Data:

**Symptom Indicator:** No Symptom Date

### Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Patient:** ▮▮▮▮▮  **DOB:** 0▮/▮▮/2012  **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 12/05/2013   **Encounter Date:** 12/04/2013
**Provider:** JOHNSON, WILLIAM S

**Total Amount:** $ 199.00   **Payments/Adjustments:** $ 227.18   **Balance:** $ -28.18
**Claim Number:** 259398   **Filing Status:** Patient

### ICD Codes:
079.99 Viral syndrome.
473.9 Sinusitis.
466.19 Bronchiolitis.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 87804 INFLUENZA ASSAY W/OPTIC |    | 12/04/2013 | 12/04/2013 | 11-OFFICE | 1 -Medical | $21.00 | 1.00 | $21.00 |
| 87804 INFLUENZA ASSAY W/OPTIC | 59 | 12/04/2013 | 12/04/2013 | 11-OFFICE | 1 -Medical | $21.00 | 1.00 | $21.00 |
| 87807 RSV ASSAY W/OPTIC |    | 12/04/2013 | 12/04/2013 | 11-OFFICE | 1 -Medical | $20.00 | 1.00 | $20.00 |
| 94640 NEBULIZER/AEROSAL, DIAGNOSTIC RX, LESS THAN 1 HOUR |    | 12/04/2013 | 12/04/2013 | 11-OFFICE | 1 -Medical | $19.00 | 1.00 | $19.00 |
| 99214 Office Visit, Est Pt., Level 4 | 25 | 12/04/2013 | 12/04/2013 | 11-OFFICE | 1 -Medical | $118.00 | 1.00 | $118.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |

### Claim Data:
**Symptom Indicator:** No Symptom Date

### Claim Header:
**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:

**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**

**Patient:** ▮▮▮▮▮▮▮ **DOB:** 0▮/▮▮/2012   **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 11/08/2013    **Encounter Date:** 11/07/2013
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 566.00    **Payments/Adjustments:** $ 566.00    **Balance:** $ 0.00
**Claim Number:** 250458    **Filing Status:** Patient

### ICD Codes:

V20.2 Routine visit, over 28 days old, infant/child, 15 mo.

V04.81 Need for prophylactic vaccination and inoculation against influenza.

692.9 Eczema.

382.9 Otitis.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99392 Preventive Care Est. Pt. Age 1-4 | 25 | 11/07/2013 | 11/07/2013 | 11-OFFICE | 1 -Medical | $110.00 | 1.00 | $110.00 |
| 96110 DEVELOPMENTAL TEST, LIMITED | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 1 -Medical | $45.00 | 1.00 | $45.00 |
| 90655 .Flu vaccine, whole, IM | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 9 -Other Medical Service | $23.00 | 1.00 | $23.00 |
| 90460 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE 1ST VAC/TOX | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 1 -Medical | $28.00 | 4.00 | $112.00 |
| 90461 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE ADDL VAC/TOX | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 1 -Medical | $15.00 | 4.00 | $60.00 |
| 90700 DTaP (Infanrix) | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 9 -Other Medical Service | $34.00 | 1.00 | $34.00 |
| 90707 MMR | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 9 -Other Medical Service | $70.00 | 1.00 | $70.00 |
| 90716 Varicella (Varivax) | | 11/07/2013 | 11/07/2013 | 11-OFFICE | 9 -Other Medical Service | $112.00 | 1.00 | $112.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

### Claim Data:

**Symptom Indicator:** No Symptom Date

### Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**

**Patient:** ▮▮▮▮▮▮  **DOB:** ▮▮/2012  **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 04/30/2013  **Encounter Date:** 04/29/2013
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 154.00  **Payments/Adjustments:** $ 154.00  **Balance:** $ 0.00
**Claim Number:** 198166  **Filing Status:** Patient

### ICD Codes:

V20.2 Routine visit, over 28 days old, infant/child, 9 mo.

754.0 Congenital musculoskeletal deformities of skull, face, and jaw, on helmet tx.

757.39 Keratosis pilaris.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99391 Preventive Care Est. Pt. Age less than 1 Year | | 04/29/2013 | 04/29/2013 | 11-OFFICE | 1 -Medical | $95.00 | 1.00 | $95.00 |
| 96110 DEVELOPMENTAL TEST, LIMITED | | 04/29/2013 | 04/29/2013 | 11-OFFICE | 1 -Medical | $45.00 | 1.00 | $45.00 |
| 85018 HEMOGLOBIN | | 04/29/2013 | 04/29/2013 | 11-OFFICE | 1 -Medical | $7.00 | 1.00 | $7.00 |
| 36416 FINGER/HEEL STICK | | 04/29/2013 | 04/29/2013 | 11-OFFICE | 1 -Medical | $7.00 | 1.00 | $7.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | | |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | | | | |

### Claim Data:

**Symptom Indicator:** No Symptom Date

### Claim Header:

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:

▮▮▮▮▮▮

**Patient:** ▇▇▇▇▇▇▇　**DOB:** 07▇▇▇012　**Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 02/12/2013　**Encounter Date:** 02/11/2013
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 142.00　**Payments/Adjustments:** $ 142.00　**Balance:** $ 0.00
**Claim Number:** 174987　**Filing Status:** Patient

### ICD Codes:
- 382.9 Otitis media, unspecified.
- 465.9 URI, acute, unspecified.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99213 Office Visit, Est Pt., Level 3 | | 02/11/2013 | 02/11/2013 | 11-OFFICE | 1-Medical | $80.00 | 1.00 | $80.00 |
| 87804 INFLUENZA ASSAY W/OPTIC | | 02/11/2013 | 02/11/2013 | 11-OFFICE | 1-Medical | $21.00 | 1.00 | $21.00 |
| 87804 INFLUENZA ASSAY W/OPTIC | 59 | 02/11/2013 | 02/11/2013 | 11-OFFICE | 1-Medical | $21.00 | 1.00 | $21.00 |
| 87807 RSV ASSAY W/OPTIC | | 02/11/2013 | 02/11/2013 | 11-OFFICE | 1-Medical | $20.00 | 1.00 | $20.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |

### Claim Data:
**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 02/11/2013

### Claim Header:
**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:



**Patient:** ▉▉▉▉   **DOB:** ▉▉/2012   **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 02/04/2013   **Encounter Date:** 01/28/2013
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 504.00   **Payments/Adjustments:** $ 504.00   **Balance:** $ 0.00
**Claim Number:** 171930   **Filing Status:** Patient

### ICD Codes:

V20.2 Routine visit, over 28 days old, infant/child, 6 month old.

754.0 Congenital musculoskeletal deformities of skull, face, and jaw.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99391 Preventive Care Est. Pt. Age less than 1 Year | | 01/28/2013 | 01/28/2013 | 11-OFFICE | 1 -Medical | $95.00 | 1.00 | $95.00 |
| 96110 DEVELOPMENTAL TEST, LIMITED | | 01/28/2013 | 01/28/2013 | 11-OFFICE | 1 -Medical | $45.00 | 1.00 | $45.00 |
| 90460 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE 1ST VAC/TOX | | 01/28/2013 | 01/28/2013 | 11-OFFICE | 1 -Medical | $28.00 | 2.00 | $56.00 |
| 90461 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE ADDL VAC/TOX | | 01/28/2013 | 01/28/2013 | 11-OFFICE | 1 -Medical | $15.00 | 4.00 | $60.00 |
| 90723 DTAP-HEP B-IPV (Pediarix) | | 01/28/2013 | 01/28/2013 | 11-OFFICE | 9 -Other Medical Service | $95.00 | 1.00 | $95.00 |
| 90670 PNEUMOCOCCAL VACC 13 VAL IM | | 01/28/2013 | 01/28/2013 | 11-OFFICE | 9 -Other Medical Service | $153.00 | 1.00 | $153.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▉▉▉▉ | | | | |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▉▉▉▉ | | | | |

### Claim Data:

**Symptom Indicator:** First Symptom Date

**Symptom/Accident Date:** 01/28/2013

### Claim Header:

**Residence Type:**

**Student Status:**

**Employment Status:**

**Primary Insurance:**

**Claim Type:** Medical

### Claim Log:

▉▉▉▉

**Patient:** ▓▓▓▓▓▓  **DOB:** 0▓/▓▓/2012  **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 12/21/2012  **Encounter Date:** 12/17/2012
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 80.00  **Payments/Adjustments:** $ 80.00  **Balance:** $ 0.00
**Claim Number:** 158252  **Filing Status:** Patient

### ICD Codes:
754.0 Congenital musculoskeletal deformities of skull, face, and jaw.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99213 Office Visit, Est Pt., Level 3 | | 12/17/2012 | 12/17/2012 | 11-OFFICE | 1 -Medical | $80.00 | 1.00 | $80.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ |

### Claim Data:
**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 12/17/2012

### Claim Header:
**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



**Patient:** ▮▮▮▮▮   **DOB:** 0▮/▮/2012   **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 11/09/2012   **Encounter Date:** 11/05/2012
**Provider:** MOORE, JENNIFER E

**Total Amount:** $ 267.00   **Payments/Adjustments:** $ 267.00   **Balance:** $ 0.00
**Claim Number:** 143445   **Filing Status:** Patient

### ICD Codes:
780.60 Fever, unspecified.
465.9 URI, acute, unspecified.
288.8 Leukocytosis, other specified disease of white blood cells.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 36416 FINGER/HEEL STICK | | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $8.00 | 1.00 | $8.00 |
| 87807 RSV ASSAY W/OPTIC | | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $20.00 | 1.00 | $20.00 |
| 85025 COMPLETE CBC W/AUTO DIFF WBC | | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $18.00 | 1.00 | $18.00 |
| 81003 URINALYSIS, AUTO, W/O SCOPE | | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $18.00 | 1.00 | $18.00 |
| 99214 Office Visit, Est Pt., Level 4 | 25 | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $120.00 | 1.00 | $120.00 |
| 51701 BLADDER CATH INSTERTION | | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $75.00 | 1.00 | $75.00 |
| 99000 SPECIMEN HANDLING | | 11/05/2012 | 11/05/2012 | 11-OFFICE | 1 -Medical | $8.00 | 1.00 | $8.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

### Claim Data:
**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 11/05/2012

### Claim Header:
**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log:
▮▮▮

**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

**Claim Log:**



**Patient:** ▇▇▇▇▇  **DOB:** ▇▇▇▇▇12   **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 09/25/2012   **Encounter Date:** 09/24/2012
**Provider:** MOORE, JENNIFER E

**Total Amount:** $ 727.00   **Payments/Adjustments:** $ 727.00   **Balance:** $ 0.00
**Claim Number:** 128795   **Filing Status:** Patient

### ICD Codes:

V20.2 Routine visit, over 28 days old, infant/child, 2 months.

754.0 Congenital musculoskeletal deformities of skull, face, and jaw.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99391 Preventive Care Est. Pt. Age less than 1 Year | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 1 -Medical | $95.00 | 1.00 | $95.00 |
| 96110 DEVELOPMENTAL TEST, LIMITED | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 1 -Medical | $45.00 | 1.00 | $45.00 |
| 90460 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE 1ST VAC/TOX | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 1 -Medical | $28.00 | 4.00 | $112.00 |
| 90461 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE ADDL VAC/TOX | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 1 -Medical | $15.00 | 4.00 | $60.00 |
| 90723 DTAP-HEP B-IPV (Pediarix) | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 9 -Other Medical Service | $95.00 | 1.00 | $95.00 |
| 90670 PNEUMOCOCCAL VACC 13 VAL IM | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 9 -Other Medical Service | $148.00 | 1.00 | $148.00 |
| 90647 Hib PRP-OMP 3 dose (PedVaxHib) | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 9 -Other Medical Service | $32.00 | 1.00 | $32.00 |
| 90681 ROTAVIRUS VACC 2 DOSE ORAL | | 09/24/2012 | 09/24/2012 | 11-OFFICE | 9 -Other Medical Service | $140.00 | 1.00 | $140.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |

### Claim Data:

**Symptom Indicator:** First Symptom Date
**Symptom/Accident Date:** 09/24/2012

### Claim Header:

Case 3:17-cv-00008   Document 1-1   Filed 01/05/17   Page 18 of 19 PageID #: 22

**Patient:** ▮▮▮▮  **DOB:** 0▮▮▮012  **Phone:** 615-484-1439
**Address:** 1312 RIVERMONT DR, Gallatin, TN, US, 37066
**Claim Date:** 02/16/2014  **Encounter Date:** 02/14/2014
**Provider:** MOORE, JENNIFER E

---

**Total Amount:** $ 272.00  **Payments/Adjustments:** $ 272.00  **Balance:** $ 0.00
**Claim Number:** 282088  **Filing Status:** Patient

### ICD Codes:
V20.2 Routine visit, over 28 days old, infant/child, 18 mo.
382.9 Bilateral otitis media.

### CPT Codes:

| Code | Modifiers | Start Dt | End Dt | POS | TOS | Unit Fee | Units | Billed Fee |
|---|---|---|---|---|---|---|---|---|
| 99392 Preventive Care Est. Pt. Age 1-4 | 25 | 02/14/2014 | 02/14/2014 | 11-OFFICE | 1-Medical | $110.00 | 1.00 | $110.00 |
| 96110 DEVELOPMENTAL TEST, LIMITED | | 02/14/2014 | 02/14/2014 | 11-OFFICE | 1-Medical | $45.00 | 2.00 | $90.00 |
| 90460 IMMUNIZ ADMIN W/ COUNSEL, ANY ROUTE 1ST VAC/TOX | | 02/14/2014 | 02/14/2014 | 11-OFFICE | 1-Medical | $28.00 | 1.00 | $28.00 |
| 90633 HepA ped/adol (Havrix) | | 02/14/2014 | 02/14/2014 | 11-OFFICE | 9-Other Medical Service | $44.00 | 1.00 | $44.00 |

### Insurances:

| Name | Group No | Subscriber No | Type | File Status |
|---|---|---|---|---|
| ▮▮▮HEALTHCARE | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

### Payment:

| From | Date | Type | Check No | Payment |
|---|---|---|---|---|
| ▮▮▮ | | | | |

### Claim Data:
**Symptom Indicator:** No Symptom Date

### Claim Header:
**Residence Type:**
**Student Status:**
**Employment Status:**
**Primary Insurance:**
**Claim Type:** Medical

### Claim Log: