IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

T.H., a minor, by and through his parents, DEANA and CHRISTOPHER HART,

    Plaintiffs,

VS.

FISHER-PRICE, INC.,

    Defendant.

No. 3:17-cv-00008
Cleland/Frensley

**REPORT OF RULE 31 PROCEEDING**

Pursuant to Rule 31, Section 5, Rules of the Supreme Court of the State of Tennessee, the Rule 31 Mediator, Tracy Shaw, reports that the parties participated in mediation on October 2, 2017.

All matters in controversy were resolved (subject to court approval of the minor's claim). An order of dismissal should be filed in the near future.

_____
Tracy Shaw, #7172
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
#615/244-3370
Rule 31 Mediator

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by electronic mail upon:

Clarence Risin, Esq.
crisin@bakerdonelson.com

David M. Rich, Esq.
dave.rich@hdlawoffice.com

on this the 2nd day of October, 2017.

_____
Tracy Shaw

F:\DTS\3.MEDIATION\Mediation.Open\hart.deana\report-rule-31.wpd